UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA O'GRADY, | ) | Civil No. 10-4087-KES |
| Plaintiff, | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL AND ORDER |
| FIRST NATIONAL BANK OF OMAHA, | ) | |
| Defendant. | ) | |

WHEREAS, Plaintiff Linda O'Grady and Defendant First National Bank of Omaha are parties to this litigation (hereafter "Parties") and have appeared through counsel; and

WHEREAS, the parties have reached an agreement to compromise her claims with First National Bank of Omaha;

THEREFORE, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the Parties hereto through their counsel of record:

1. This case is dismissed with prejudice as to all claims.

Dated this 3rd day of March, 2011.

JOHNSON POCHOP LAW OFFICE

Stephanie E. Pochop
P.O. Box 149
Gregory, SD 57533
Telephone: (605) 835 8391
E-mail: sechops@hotmail.com
Attorney for Plaintiff

Dated this 7th day of March, 2011.

        WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ James E. Moore
   James E. Moore
   Post Office Box 5027
   300 South Phillips Avenue, Suite 300
   Sioux Falls, SD 57117-5027
   Phone (605) 336-3890
   Fax (605) 339-3357
   E-mail James.Moore@woodsfuller.com

   - and -

   FRASER STRYKER
   Robert F. Rossiter, Jr.
   500 Energy Plaza
   409 South 17th Street
   Omaha, NE 68102-2663
   Phone (402) 341-6000

   Attorneys for Defendant

00845344.1

## ORDER

Upon the stipulation of the parties to this action, and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED that this action may be, and hereby is, dismissed on the merits, with prejudice, and with the parties bearing their own costs.

Dated this ____ day of March, 2011.

BY THE COURT:

_____
KAREN E. SCHREIER
CHIEF JUDGE

ATTEST:

JOSEPH HAAS, CLERK

By_____
   Deputy

00845344.1