UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA O'GRADY, | ) | CIV. 10-4087-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| FIRST NATIONAL BANK OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

    Pursuant to the stipulation of the parties to this action, and good cause appearing therefor, it is

    ORDERED, ADJUDGED and DECREED that this action is dismissed on the merits, with prejudice, and with the parties bearing their own costs.

    Dated March 7, 2011

                      BY THE COURT:

                      /s/ *Karen E. Schreier*
                      KAREN E. SCHREIER
                      CHIEF JUDGE